UNITED SATES BANKRUPTCY COURT
NORTH DISTRICT OF GEORGIA
ROME DIVISION

In Re:                                                                                                       Case No. R03-44086-PWB

JEFFREY S. PENDERGRASS        CONNIE M. BENNETT
***305 HENDERSON BEND RD
NW
APT F 4
CALHOUN, GA 30701


SSN#1: XXX-XX-2647              SSN#2: XXX-XX-2097

## FINAL REPORT AND ACCOUNT

Case Filed On: 12/19/2003    Plan Confirmed Date: 02/18/2004    Case concluded on: 05/09/2007

THIS CASE IS COMPLETED AS A BASE PLAN.
Mary Ida Townson has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements.
Copies of these detailed records are incorporated by reference in this report.


RECEIPTS: $15,300.00
Amount paid to the Trustee by or for the Debtor for the benefit of creditors.

| DISBURSEMENTS TO CREDITORS: | | CLAIM AMOUNT | PRIN PAID | INT PAID | TOTAL PAID BY TRUSTEE | PAID DIRECT | PRINCIPAL BALANCE |
|---|---|---|---|---|---|---|---|
| CITIZENS FINANCE OF CALHOUN | U | $456.00 | $176.09 | $0.00 | $176.09 | $0.00 | $0.00 |
| FARMERS FURNITURE | S | $1,104.47 | $1,104.47 | $334.19 | $1,438.66 | $0.00 | $0.00 |
| GORDON CO. FINANCE | U | $1,400.00 | $540.61 | $0.00 | $540.61 | $0.00 | $0.00 |
| GORDON COUNTY FINANCE | S | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| J&M USED CARS | S | $500.00 | $500.00 | $45.89 | $545.89 | $0.00 | $0.00 |
| J&M USED CARS | U | $853.32 | $329.51 | $0.00 | $329.51 | $0.00 | $0.00 |
| NICE CARS | S | $3,300.00 | $3,300.00 | $308.90 | $3,608.90 | $0.00 | $0.00 |
| NICE CARS | U | $5,890.00 | $2,274.48 | $0.00 | $2,274.48 | $0.00 | $0.00 |
| THE MONEY TREE OF GEORGIA | U | $348.83 | $134.72 | $0.00 | $134.72 | $0.00 | $0.00 |

| SUMMARY OF CLAIMS ALLOWED AND PAID: | | | | |
|---|---|---|---|---|
| | SECURED | PRIORITY | GENERAL U/S | DEBTOR REFUND | TOTAL |
| Amt Allowed | $4,904.47 | $0.00 | $8,948.15 | $3,060.00 | $16,912.62 |
| Principal Paid | $4,904.47 | $0.00 | $3,455.41 | $3,060.00 | $11,419.88 |
| Interest Paid | $688.98 | $0.00 | $0.00 | | $688.98 |
| Direct Paid | $0.00 | $60.00 | $0.00 | | $60.00 |

TOTAL PAID PLUS PAID DIRECT  $12,168.86

COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION

| Filing Expense | Noticing Expense | Trustee Expense |
|---|---|---|
| $134.00 | $0.00 | $557.14 |

OTHER DISBURSEMENTS UNDER ORDER OF THE COURT:

| Debtor's Attorney | Fee Allowed | Fee Paid |
|---|---|---|
| FULLER & MCKAY, ATTYS. | $2,500.00 | $2,500.00 |

WHEREFORE, Mary Ida Townson respectfully shows this Court that the estate has been properly and fully administered in accordance with the requirements of the Bankruptcy Code and Rules, and the estate is ready for closing, and prays that a Final Decree be entered discharging the Trustee and closing the estate, and granting such other and further relief as the Court may deem just and proper.

Dated: 12/19/2007

_____/s/_____
Mary Ida Townson, Chapter 13 Trustee
State Bar No. 715063
